**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 22, 2011

No. 10-30753
Summary Calendar

Lyle W. Cayce
Clerk

BARON JOHNSON,

Plaintiff-Appellant

v.

JAMES M LEBLANC; RICHARD L STALDER; JOHNNY CREED; HARVEY
STATE BUILDING; BUREAU OF HUMAN RIGHTS, Department of Health and
Hospitals; ET AL,

Defendants-Appellees

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-1734

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Baron Johnson, a former Louisiana state prisoner, appearing pro se and
in forma pauperis, appeals the district court's dismissal of his civil action against
various public officials, entities, and buildings.  The district court dismissed
Johnson's complaint for failure to set forth a comprehensible cause of action.
Johnson fails to provide a coherent argument that adequately addresses the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

district court's analysis of this issue. *See* FED. R. APP. P. 28(a)(9); *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). As Johnson has failed to adequately brief a challenge to the district court's decision, his appeal is without arguable merit and, therefore, is dismissed as frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.

Johnson is warned that the filing of further frivolous appeals will result in sanctions. *See Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359-60 (5th Cir. 1986). These sanctions may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.